IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-00937-RTG

JOHN THOMAS MARTINEZ, JR.,

     Plaintiff,

v.

ARAMARK FOOD SERVICE COMPANY, and
DENVER SHERIFFS DEPARTMENT,

     Defendants.

---

### ORDER GRANTING LEAVE TO PROCEED UNDER 28 U.S.C. § 1915

---

Plaintiff John Thomas Martinez, Jr. is a convicted and sentenced state prisoner at the Bent County Correctional Facility in Las Animas, Colorado. In response to the Court's order to cure filing deficiencies, Plaintiff has filed *pro se* a fully completed Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 on the correct form. (ECF No. 5). The § 1915 motion will be granted.

Based on the balance in Plaintiff's inmate account, the Court finds that Plaintiff is unable to pay an initial partial filing fee pursuant to 28 U.S.C. § 1915(b)(1). (*See* ECF No. 5 at 5). Disbursement of partial filing fee payments from Plaintiff's inmate account has been authorized. (*Id.* at 3). Plaintiff must pay the full amount of the required $350.00 filing fee pursuant to § 1915(b)(1) regardless of the outcome of this action.

Accordingly, it is

ORDERED that the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (ECF No. 5) is **granted**. It is

FURTHER ORDERED that Plaintiff may proceed in this action without payment of an initial partial filing fee. It is

FURTHER ORDERED that Plaintiff's custodian shall disburse from Plaintiff's prison account monthly payments of 20 percent of the preceding month's income credited to his prison account until Plaintiff has paid the total filing fee of $350.00. *See* 28 U.S.C. § 1915(b)(2). Interference by Plaintiff in the submission of these funds will result in the dismissal of this action. It is

FURTHER ORDERED that Plaintiff is advised that notwithstanding any filing fee, or any portion thereof that may have been paid, the Court shall dismiss at any time all or any part of such complaint which (1) is frivolous or malicious; (2) fails to state a claim on which relief can be granted; or (3) seeks monetary relief from a defendant who is immune from such relief. *See* 28 U.S.C. § 1915A(b); 28 U.S.C. § 1915(e)(2). It is

FURTHER ORDERED that Plaintiff's custodian shall continue to disburse monthly payments from Plaintiff's prison account until full payment of the filing fee has been paid to the Court, even after disposition of the case and regardless of whether relief is granted or denied. It is

FURTHER ORDERED that the Clerk of Court shall not issue process at this time. It is

FURTHER ORDERED that the United States Marshals Service shall serve process on any remaining defendant(s) for whom personal service is required if the case is later drawn to a district judge or a magistrate judge under D.C.COLO.LCivR 8.1(c). It is

FURTHER ORDERED that the Clerk of Court shall send a copy of this order to DOC_inmateaccounts@state.co.us.

DATED April 8, 2026.

BY THE COURT:

_____
Richard T. Gurley
United States Magistrate Judge