Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

_____ Division

|  |  |  |
|---|---|---|
| John Thomas Martinez<br>*Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint.*<br>*If the names of all the plaintiffs cannot fit in the space above,*<br>*please write "see attached" in the space and attach an additional*<br>*page with the full list of names.)*<br><br>-v-<br><br><br>See Attached...<br>*Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the*<br>*names of all the defendants cannot fit in the space above, please*<br>*write "see attached" in the space and attach an additional page*<br>*with the full list of names. Do not include addresses here.)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. ___1:26-CU-000937-___<br>*(to be filled in by the Clerk's Office)*<br><br>**FILED**<br>UNITED STATES DISTRICT COURT<br>DENVER, COLORADO<br><br>**JUN -8 2026**<br><br>JEFFREY P. COLWELL<br>CLERK |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name                                    John thomas Maetinez Jr.

All other names by which

you have been known:

ID Number                          169675

Current Institution             Bent County Correctional facil

Address                             11560 County Rd. FF 75

Las Animas , Colorado 81054

*City*                *State*                *Zip Code*

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name                                  Trinity Services Group

Job or Title *(if known)*       food service Director

Shield Number                     N/A

Employer                            Trinity Services Group

Address                             477 Commerce Blvd.

Oldsmar  Florida  34677

*City*                *State*                *Zip Code*

☐ Individual capacity    ☒ Official capacity

Defendant No. 2

Name                                   See Attached ...

Job or Title *(if known)*

Shield Number

Employer

Address

*City*                *State*                *Zip Code*

☐ Individual capacity    ☐ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
    Name
    Job or Title *(if known)*
    Shield Number
    Employer
    Address

See Attached ...

|  | City | State | Zip Code |
| --- | --- | --- | --- |

☐ Individual capacity    ☐ Official capacity

Defendant No. 4
    Name
    Job or Title *(if known)*
    Shield Number
    Employer
    Address

See Attached

|  | City | State | Zip Code |
| --- | --- | --- | --- |

☐ Individual capacity    ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

    ☐ Federal officials (a *Bivens* claim)

    ☒ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

    3rd, 8th and 14th Amendments

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

    N/A

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- ☐ Pretrial detainee
- ☐ Civilly committed detainee
- ☐ Immigration detainee
- ☒ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☐ Other *(explain)* _____

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.
At the Denver Detention Center in Denver, colorado at aproximately 11:00 Am on 07/16/2025 through 07/21/2025

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.     What date and approximate time did the events giving rise to your claim(s) occur?

07/16/2025 at approximately 1030 AM through 07/23/2025

D.     What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

See Attached...

## V.     Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Severe abdominal pain, vomit, diarrhea, dehydration, fatigue, fever, nauseousness and weight loss.

## VI.     Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

$500.000.00 for pain and suffering lost wages and for inhume, unsafe and constitutionally inadequate conditions

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII.   Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

DENVER DETENTION CENTER
490 W. Colfax Ave.
DENVER, Colorado 80204

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☒ Do not know

If yes, which claim(s)?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.     Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B.     If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

   1.   Parties to the previous lawsuit

        Plaintiff(s)

        Defendant(s)

   2.   Court *(if federal court, name the district; if state court, name the county and State)*

   3.   Docket or index number

   4.   Name of Judge assigned to your case

   5.   Approximate date of filing lawsuit

   6.   Is the case still pending?

        ☐ Yes

        ☐ No

        If no, give the approximate date of disposition.

   7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

C.     Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☒ No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

   1.   Parties to the previous lawsuit

        Plaintiff(s) _____

        Defendant(s) _____

   2.   Court *(if federal court, name the district; if state court, name the county and State)*

        _____

   3.   Docket or index number

        _____

   4.   Name of Judge assigned to your case

        _____

   5.   Approximate date of filing lawsuit

        _____

   6.   Is the case still pending?

        ☐ Yes

        ☐ No

        If no, give the approximate date of disposition _____

   7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

        _____

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:     5/25/2025

Signature of Plaintiff

Printed Name of Plaintiff     John T. Martinez Jr.

Prison Identification #     169675

Prison Address     11560 County Rd FF 75
Las Ansmas , Colorado     81054
                        City          State          Zip Code

### B.     For Attorneys

Date of signing:     _____

Signature of Attorney     _____

Printed Name of Attorney     _____

Bar Number     _____

Name of Law Firm     _____

Address     _____
                        City          State          Zip Code

Telephone Number

E-mail Address

Page 11 of 11

1. Defendents

(B) ① TRINITY SERVICES GROUP
477 Commerce Blvd.
Oldsmar, Florida 34677

② TRINITY SERVICES GROUP
Food Director
477 Commerce Blvd.
Oldsmar, Florida 34677

③ TRINITY SERVICES GROUP
Employees
477 Comerce Blvd
Oldsmar, Florida 34677

④ DENVER County Sheriff
490 W. Colfax Ave
Denver, Colorado 80204

⑤ DENVER County Under Sheriff
490 W. Colfax Ave.
Denver, Colorado 80204

⑥ DENVER County Sheriffs
Deputies 1, 2, 3, 4
490 W. Colfax Ave
Denver, Colorado 80204

Pg. 1 of 4

IV   Statement of Claims

① On 07/17/2025 at approximately 10:30 Am Plaintiff was poisoned by contaminated food that was prepared and served by ① TRINITY Services Group, ② TRINITY Services Group Food Director and ③ TRINITY Services Group Employee's. TRINITY Services Group is contracted by the DENVER County Sheriffs Department to feed Inmates being held at The DENVER Detention Center that is located at 490 W. Colfax Ave DENVER, Colorado 80204. As to where Plaintiff was being held on a NO bond warrant. As a result of the poisoning Plaintiff suffered from severe abdominal pain, vomit diarrhea, fatigue, dehydration, nauseousness and weight loss. Plaintiff was ill for over 7 days due to the contaminated food that plaintiff Ingested.

Pg. 2 of 4

On 07/18/2025 at 8:30 Am Plaintiff had a bond hearing set in Denver County courtroom 4G at the Lindsy Flannegan Courthouse located across from the D.D.C. Plaintiff was Ill however Plaintiff did attempt to make court appearance going as far as to the holding tanks located in the basement of the Flannigan Courthouse. However Plaintiff suffered from severe abdominal pain, diarrhea, vomit fatigue, nauseousness and was sent back to DDC without seeing Judge because Plaintiff was to Ill to make it. Judge was told Plaintiff refused and ordered Plaintiff to continue being held for an additional 30 + more days without bond. En route back to DDC through the underground tunnel Plaintiff lost consciousness in the tunnel and awoke to the medical team taking plaintiff 3m medical unit

Pg 5 ob 4

In the DPC, where Plaintiff was held over night for observation. Upon release from medical Plaintiff was still very ill from poisoning, and was being transfered from intake to general population. During this transfer Plaintiffs only towel was lost in the move. Jail issued (1) pair boxer shorts (1) pair socks (1) pair orange sandals (1) pair XL green pants and (1) XL green shirt. The first day in general population Plaintiff had a bowel movement in the only clothes Plaintiff had to wear. When Plaintiff asked Deputies #1,2,3,and 4 not one would get Plaintiff a clean set nor a towel leaving plaintiff in soiled clothing for 3 days when finally deputy #5 got Plaintiff a clean towel and clean clothing to change and shower. All this is inhumane, unsafe and constitutionally inadequate conditions

Pg. 4 of 4

as to where 3rd 8th and 14th Amendments have been violated. Plain has filed numerous grievances with no responses to them as of today.

This is a true testimony of events, that occured from 07/17/2025 to 07/24/2025 while in the care and custody of The Denver County Sheriffs office.

by
John Thomas Martinez Jr.
Doc # 169675

BCCF
11560 County Rd. f 75
Las Animas, Colorado
81054